UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

ALEXANDER GALLEGOS,

    Petitioner,

v.                                                      Civ. No. 17-1172 JB/GJF

R.C. SMITH, et al.,

    Respondents.

## ORDER TO CURE DEFICIENCY

Petitioner Alexander Gallegos ("Petitioner") filed his Petition for Writ of Habeas Corpus on November 28, 2017. ECF No. 1. The Court determines that Petitioner's filing is deficient; specifically, Petitioner has not paid the $5.00 filing fee or filed an Application to Proceed in District Court Without Prepaying Fees or Costs. Petitioner must also include the civil action number (Civ. No. 17-1172 JB/GJF) of this case on all papers that he files in this proceeding. Failure to timely cure the designated deficiencies may result in dismissal of this proceeding without further notice.

**IT IS THEREFORE ORDERED** that Petitioner cure the deficiencies described above within **thirty (30) days** from entry of this order; and the Clerk is directed to mail to Petitioner, together with a copy of this Order, an Application to Proceed in District Court Without Prepaying Fees or Costs.

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE