# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

ALEXANDER GALLEGOS,

    Petitioner,

v.                                Civ. No. 17-1172 JB/GJF

R.C. SMITH,

    Respondent.

## ORDER ENLARGING TIME

THIS MATTER comes before the Court on Respondent's "Motion for an Extension of Time to Answer" ("Motion"), filed February 2, 2018. ECF No. 10. Having reviewed the Motion, the record, and extant case law, the Court finds the Motion to be well taken and will GRANT the Motion.

**IT IS THEREFORE ORDERED** that Respondent's time to answer shall be enlarged to March 12, 2018.

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE